UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
POLISH STEAMSHIP COMPANY, and : 13 Civ.2435 (WHP)
POLSTEAM SHIPPING COMPANY,
:
                          Plaintiffs,    ECF CASE
:
   -against-    **NOTICE OF MOTION**
:    **TO PARTIALLY VACATE**
NOVEL COMMODITIES S.A.,    **MARITIME ATTACHMENT**
:
                          Defendant. :
-------------------------------------------------------------X

Upon the accompanying Memorandum of Law, and all pleadings heretofore had herein, Defendant, Novel Commodities S.A. will move this Court before the Honorable William H. Pauley, United States Courthouse, 500 Pearl Street, Courtroom 20-B, New York, New York on the 28th day of May 2013 at 9:30 o'clock in the a.m., or as soon thereafter as the parties may be heard, for an Order pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and Local Rule E.1 partially vacating, or modifying, the Ex Parte Order of April 12, 2013 and all Process of Maritime Attachment and Garnishment obtained and served by Plaintiff pursuant thereto.

Dated:    May 17, 2013
           New York, NY

                                     The Defendant,
                                     NOVEL COMMODITIES S.A.

                              By: _____
                                   Kevin J. Lennon
                                   LENNON, MURPHY, CAULFIELD
                                   & PHILLIPS, LLC
                                   420 Lexington Avenue, Suite 300
                                   New York, NY 10170
                                   (212) 490-6050 – phone
                                   (212) 490-6070 – fax
                                   klennon@lmcplegal.com

TO:   EATON & VAN WINKLE LLP
      Attorneys for the Plaintiff
      Alan Van Praag
      Edward William Floyd
      3 Park Avenue
      New York, NY 10016-2078
      (212) 779-9910 – phone
      (212) 779-9928 – fax
      avanpraag@evw.com
      efloyd@evw.com